05772\57942 WCB

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TRI-COUNTY CONVALESCENT HOME, INC., A TENNESSEE CORP., AND SHILOH DRUG AND SPECIALITY STORE, INC., A TENNESSEE CORP. <br><br> PLAINTIFFS, <br><br> v. <br><br> HP/PROPERTIES, INC., A GEORGIA CORPORATION, HP/MANAGEMENT GROUP, INC., A GEORGIA CORPORATION, DOUGLAS K. MITTLEIDER, AND HP/THREE RIVERS, INC., A GEORGIA CORPORATION, <br><br> DEFENDANTS. | No. 1-04-1137 |

### ORDER GRANTING PARTIES' JOINT
### MOTION TO AMEND RULE 16(b) SCHEDULING ORDER

This matter came before the Court pursuant to the parties' Joint Motion to Amend Rule 16(b) Scheduling Order.

It appearing from the parties' Motion and supporting Memorandum of Law that the Motion is well taken, the Scheduling Order entered on November 5, 2004 is amended as follows:

**INITIAL DISCLOSURES (RULE 26 (a)(1)):**     December 3, 2004

**JOINING PARTIES:**

    for Plaintiff:         June 15, 2005
    for Defendant:      June 15, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 05-02-05

05772\57942 WCB

**AMENDING PLEADINGS:**

    for Plaintiff:          June 15, 2005
    for Defendant:       June 15, 2005

**COMPLETING ALL DISCOVERY:**

  (a)  **REQUESTS FOR PRODUCTION:**   August 1, 2005
  (b)  **INTERROGATORIES AND REQUESTS FOR ADMISSIONS:**
       October 1, 2005

  (c)  **EXPERT DISCLOSURE (RULE 26(a)(2)):**
      (i)   Plaintiff's Experts:                    October 15, 2005
      (ii)  Defendant's Experts:                 November 15, 2005
      (iii) Supplementation Under Rule 26(e):  November 29, 2005

  (d)  **DEPOSITIONS:**   December 22, 2005

**FILING DISPOSITIVE MOTIONS:**   December 29, 2005

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

  (a)  for Plaintiff         45 Days Before Trial
  (b)  for Defendant      30 Days Before Trial

In all other respects the Scheduling Order remains as originally prepared.

ENTERED this the 26th day of April, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE:_____

2

05772\57942 WCB

**APPROVED FOR ENTRY:**

RAINEY, KIZER, REVIERE & BELL, PLC

BY: *[signature]*

WILLIAM C. BELL, JR. (BPR #009349)
Attorney For Plaintiff
P. O. Box 1147 - 105 S. Highland Ave.
Jackson, TN 38302-1147
(731) 423-2414


ARMSTRONG ALLEN, PLLC

BY: *Robert V. Redding by William C. Bell, By Consent*
Robert V. Redding
Attorneys for Defendants
464 North Parkway, Suite A
Jackson, TN 38305
(731)660-2332


ZIEMER, STAYMAN, WEITZEL, & SHOULDERS, LLP

BY: *David V. Miller by William C. Bell, By Consent*
David V. Miller
Attorneys for Defendants
One Riverfront Place, 20 N.W. First Street
9th Floor, P.O. Box 916
Evansville, Indiana 47706-0916
(812) 424-7575

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:04-CV-01137 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Kate Elizabeth Rhodes
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

David V. Miller
LAW OFFICES OF DAVID V. MILLER
20 NW First St., Ninth Floor
P.O. Box 916
Evansville, IN 47706--091

William C. Bell
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Ave.
Jackson, TN 38301--114

Honorable James Todd
US DISTRICT COURT