05772\57942 WCB

# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| TRI-COUNTY CONVALESCENT ) <br> HOME, INC., A TENNESSEE CORP., ) <br> AND SHILOH DRUG AND SPECIALITY ) <br> STORE, INC., A TENNESSEE CORP., ) <br> AND HARRY L. PEELER, M.D., a ) <br> resident of McNairy County, TN, ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> v. ) <br> ) <br> HP/PROPERTIES, INC., A ) <br> GEORGIA CORPORATION, ) <br> HP/MANAGEMENT GROUP, INC., ) <br> A GEORGIA CORPORATION, ) <br> DOUGLAS K. MITTLEIDER, AND ) <br> HP/THREE RIVERS, INC., A GEORGIA ) <br> CORPORATION, ) <br> ) <br> DEFENDANTS. ) | No. 1-04-1137 |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND
## FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND
## ANSWER TO COUNTERCLAIM OF DEFENDANTS AND COUNTER-PLAINTIFFS

This matter came before the Court pursuant to Plaintiffs' Motion for Leave to Amend First Amended Complaint for Declaratory Judgment and Answer to Counterclaim of Defendants and Counter-Plaintiffs.

If appearing from the record, the Plaintiffs' motion, the Memorandum filed in Support of the motion, and the Certificate of Consultation, that Plaintiffs' motion is well taken and that no party has objected the Plaintiffs' motion,

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on ___06-15-05___

05772\57942 *WCB*

IT IS, THEREFORE, ORDERED that the Plaintiffs, Tri-County Convalescent Home, Inc. and Shiloh Drug and Specialty Store, Inc., shall be granted leave of this Court to file its Second Amended Complaint for Declaratory Judgment and its Amendment 1 to Plaintiffs' and Counter-Defendants' Answer to Counterclaim of Defendants and Counter-Plaintiffs.

ENTERED this the __14th__ day of __June__, 200___.

_S. Thomas Anderson_ USMJ
U. S. District Judge


APPROVED FOR ENTRY:

RAINEY, KIZER, REVIERE & BELL, P.L.C.

BY: _William Bell_
William C. Bell, Jr. (BPR #009349)
Attorneys for Plaintiffs
P. O. Box 1147 - 105 S. Highland Ave.
Jackson, TN 38302-1147
(731) 423-2414


ARMSTRONG ALLEN, PLLC

BY: _Robert Redding by Kate G. Hudson_
Robert Redding       w/ permission
Attorneys for Defendants
464 North Parkway, Suite A
Jackson, TN 38305
(731)660-2332

2

05772\57942 WCB

ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

BY: *David V. Miller w/ permission of Robert Reddly by Kate G. Rhodes*
David V. Miller
Attorneys for Defendants
20 N.W. First Street
P.O. Box 916
Evansville, IN 47706-0916
(812) 424-7575

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:04-CV-01137 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

William C. Bell
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Ave.
Jackson, TN 38301--114

David V. Miller
LAW OFFICES OF DAVID V. MILLER
20 NW First St., Ninth Floor
P.O. Box 916
Evansville, IN 47706--091

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Kate Elizabeth Rhodes
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT