IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TRI-COUNTY CONVALESCENT HOME, INC, A TENNESSEE CORP. AND SHILOH DRUG AND SPECIALITY STORE, INC., A TENNESSEE CORP. <br><br> Plaintiffs, <br><br> v. <br><br> HP/PROPERTIES, INC., A GEORGIA CORPORATION, HP/MANAGEMENT GROUP, INC., A GEORGIA CORPORATION, DOUGLAS K. MITTLEIDER, AND HP/THREE RIVERS, INC., A GEORGIA CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Case No.: 1-04-1137-T/AN ) ) ) ) ) ) ) ) ) ) |

### JOINT MOTION FOR COINTINUANCE

The parties hereto jointly move the Court for a continuance and resetting of the trial of this matter, currently set for nonjury trial on March 8, 2006. The grounds for continuance appear more fully in the Memorandum and Affidavit filed herewith.

It is respectfully requested that the Court consider resetting the matter in September 2006 or beyond, for reasons set forth in the support documents.

**MOTION GRANTED**
DATE: 22 August 2005

*James D. Todd*
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 08-23-05

Respectfully submitted,

*(William C Bell Jr. (by B Redding))*
William C. Bell, Jr., Esq. (009349)
Rainey, Kizer, Reviere & Bell, PLC
105 South Highland Avenue
P.O. Box 1147
Jackson, Tennessee 38302-1147
Attorney for Plaintiffs


*(David V. Miller (by B Redding))*
David V. Miller, Esq.
Ziemer, Stayman, Weitzel & Shoulders, LLP
20 NW First Street, Ninth Floor
P.O. Box 916
Evansville, Indiana 47706-0916
Attorney for Defendants


*(Bob Redding)*
Robert V. Redding, Esq.   (07958)
Armstrong Allen, PLLC
464 North Parkway, Suite A
Jackson, Tennessee 38305
Attorney for Defendants

K:\H1074\57437\Pleadings\JtMo2Con.doc

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 1:04-CV-01137 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

William C. Bell
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Ave.
Jackson, TN 38301--114

Kate Elizabeth Rhodes
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

David V. Miller
LAW OFFICES OF DAVID V. MILLER
20 NW First St., Ninth Floor
P.O. Box 916
Evansville, IN 47706--091

Honorable James Todd
US DISTRICT COURT