IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _lu_ D.C.

05 SEP 13 PM 2: 14

HOWARD M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | | |
|---|---|---|
| TRI-COUNTY CONVALESCENT HOME, INC., A TENNESSEE CORP., AND SHILOH DRUG AND SPECIALTY STORE, INC., A TENNESSEE CORP., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO.: 04-1137-T-An |
| HP/PROPERTIES, INC., A GEORGIA CORPORATION, HP/MANAGEMENT GROUP, INC., A GEORGIA CORPORATION, DOUGLAS K. MITTLEIDER, and HP/THREE RIVERS, INC., A GEORGIA CORPORATION, | ) ) ) ) ) ) ) ) | |
| Defendant. | ) | |

### ORDER GRANTING PARTIES' JOINT
### MOTION TO AMEND RULE 16(b) SCHEDULING ORDER

This matter came before the Court pursuant to the parties' Joint Motion to Amend Rule 16(b) Scheduling Order.

It appearing from the parties' Motion and supporting Memorandum of Law that the Motion is well taken, the Scheduling Order entered on November 5, 2004 is amended as follows:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**   Completed

**JOINING PARTIES:**

    for Plaintiff:    October 15, 2005
    For Defendant:    October 15, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on ___09-16-05___



**AMENDING PLEADINGS:**

    for Plaintiff:    October 15, 2005
    for Defendant:    October 15, 2005

**COMPLETING ALL DISCOVERY:**    January 13, 2006

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**    March 31, 2006

    (b)    **EXPERT DISCLOSURE (Rule 26(a)(2)):**
        (i) Plaintiff's Experts:    January 6, 2006
        (ii) Defendant's Experts:    February 3, 2006
        (iii) Supplementation under Rule 26(e):    March 3, 2006

    (c)    **DEPOSITIONS:**    May 5, 2006

**FILING DISPOSITIVE MOTIONS:**    June 2, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)    for Plaintiff:    July 28, 2006
    (b)    for Defendant:    August 11, 2006

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last __3-4__ days and is **SET** for **JURY TRIAL** on **MONDAY, SEPTEMBER 11, 2006 at 9:30 A.M..** A joint pretrial order is due on **FRIDAY, SEPTEMBER 1, 2006.** In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FED. R. CIV. P. allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or

within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FED. R. CIV. P. 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>***

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

/s/ S. Thomas Anderson

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: September 13, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 1:04-CV-01137 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Kate Elizabeth Rhodes
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

David V. Miller
LAW OFFICES OF DAVID V. MILLER
20 NW First St., Ninth Floor
P.O. Box 916
Evansville, IN 47706--091

William C. Bell
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Ave.
Jackson, TN 38301--114

Honorable James Todd
US DISTRICT COURT