05772\57942 WCB

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE EASTERN DIVISION

| | |
|---|---|
| TRI-COUNTY CONVALESCENT HOME, INC., A TENNESSEE CORP., AND SHILOH DRUG AND SPECIALITY STORE, INC., A TENNESSEE CORP., AND HARRY L. PEELER, M.D., a resident of McNairy County, TN, <br><br> PLAINTIFFS, <br><br> v. <br><br> HP/PROPERTIES, INC., A GEORGIA CORPORATION, HP/MANAGEMENT GROUP, INC., A GEORGIA CORPORATION, DOUGLAS K. MITTLEIDER, AND HP/THREE RIVERS, INC., A GEORGIA CORPORATION, <br><br> DEFENDANTS. | No. 1-04-1137 |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND SECOND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND ANSWER TO COUNTERCLAIM OF DEFENDANTS AND COUNTER-PLAINTIFFS

This matter came before the Court pursuant to Plaintiffs' Motion for Leave to Amend Second Amended Complaint for Declaratory Judgment and Answer to Counterclaim of Defendants and Counter-Plaintiffs.

If appearing from the record, the Plaintiffs' motion, the Memorandum filed in Support of the motion, and the Certificate of Consultation, that Plaintiffs' motion is well taken and that no party has objected the Plaintiffs' motion,

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on   11-08-05

05772\57942 *WCB*

IT IS, THEREFORE, ORDERED that the Plaintiffs, Tri-County Convalescent Home, Inc. and Shiloh Drug and Specialty Store, Inc., shall be granted leave of this Court to file its Third Amended Complaint for Declaratory Judgment.

ENTERED this the 4th day of November, 2005.

S. Thomas Anderson USMJ

U. S. District Judge

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 1:04-CV-01137 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

William C. Bell
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Ave.
Jackson, TN 38301--114

David V. Miller
LAW OFFICES OF DAVID V. MILLER
20 NW First St., Ninth Floor
P.O. Box 916
Evansville, IN 47706--091

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Kate Elizabeth Rhodes
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT